IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   13-sw-5597-MEH

IN THE MATTER OF THE EXECUTION
OF A SEARCH WARRANT AT:

16539 Jasmine Street
Brighton, Colorado

---

**ORDER PERMITTING AN ADDITIONAL NINETY DAY DELAY
IN NOTICE OF SEARCH WARRANT AND INVENTORY**

---

THE COURT, having reviewed the application of the United States of America for an Order delaying notification of the fact that a search warrant was executed for an additional period of 90 days, and finding good cause contained therein, hereby:

ORDERS that, pursuant to Federal Rule of Criminal Procedure 41(f)(3), and Title 18, United States Code, Section 3103a(c), service and/or notification of a copy of the search warrant and inventory of the residence searched is delayed for a period of 90 days, until January 28, 2014.

SO ORDERED THIS 30th day of October, 2013.

_____
~~Kathleen M. Tafoya~~ Michael E. Hegarty
United States Magistrate Judge
District of Colorado